# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| Louis Gordon-Hay, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 22-cv-3736 |
| | ) | |
| v. | ) | Honorable Judge Shah |
| | ) | |
| Cook County Correctional Officer M. Barrios, #17524, | ) | |
| Cook County Sheriff's Office, and Cook County, Illinois. | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF ATTORNEY'S LIEN

**PLEASE TAKE NOTICE** that HALE & MONICO, LLC hereby assert and provide notice of an attorney's lien for legal services rendered and costs advanced on behalf of LOUIS GORDON-HAY ("Plaintiff"). HALE & MONICO, LLC were retained to represent Plaintiff in this case. HALE & MONICO, LLC have incurred and expended considerable time for legal services incurred on behalf of Plaintiff and asserts an attorney's lien for legal services and costs against any payments, distributions, or proceeds, whether made by reason of judgment, order, verdict, settlement or otherwise. HALE & MONICO, LLC are entitled to payment by reason of its agreement with Plaintiff by which he agreed to pay for legal services rendered on a contingency fee basis and statutory attorneys' fees and/or quantum meruit fees.

## Certificate of Service

I, the undersigned attorney, certify that I served the foregoing **Notice of Attorney's Lien** via email on all parties of record by filing the same on this Court's CM/ECF system on March 2, 2023.

/s/ *Jason Marx*